■ ANDY HEMCHAND, Appellant, v AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN, Respondent.—Appeal by the petitioner from an order and judgment (one paper) of the Supreme Court, Queens County (Pitaro, J.), dated March 4, 1988.

Ordered that the order and judgment is affirmed, with costs, for reasons stated by Justice Pitaro in his memorandum decision dated January 6, 1988. Mangano, J. P., Brown, Kunzeman and Kooper, JJ., concur.